IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:09-cv-02866-RPM

RICHARD N. JEFFS,

    Plaintiff,

vs.

GASCO ENERGY, INC.,

    Defendant.

### ORDER OF DISMISSAL WITH PREJUDICE

On consideration of the Agreed Motion for Dismissal with Prejudice filed by the parties, IT IS ORDERED THAT

1. All claims against defendant Gasco Energy, Inc. are hereby dismissed with prejudice;

2. The parties shall bear their own costs and attorneys' fees; and

3. This is a final order disposing of the case.

Signed on February 17, 2010.

_____
UNITED STATES DISTRICT JUDGE